UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HERBERT LARRIMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-02182-MJG |
| | ) | |
| ALPHA RECOVERY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, HERBERT LARRIMORE ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 90 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  August 20, 2012           RESPECTFULLY SUBMITTED,

By: /s/ Fredrick Nix
Fredrick Nix
Law Office of Fredrick E. Nix
240 S Potomac Street
Hagerstown, MD 21740
Tel: 888-221-6685
E-mail: frederick.nix@attorneynix.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address.

Kevin J. Farrell

Farrell Law Office, LLC

1582 So. Parker Rd., Suite 209

Denver, CO 80231

By:   /s/ Fredrick Nix
Fredrick Nix
Law Office of Fredrick E. Nix
240 S Potomac Street
Hagerstown, MD 21740
Tel: 888-221-6685
E-mail: frederick.nix@attorneynix.com