# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| HERBERT LARRIMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-02182-MJG |
| ) | |
| ALPHA RECOVERY CORP., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

HERBERT LARRIMORE (Plaintiff), by her attorneys, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, ALPHA RECOVERY CORP (Defendant), in this case.

DATED:  December 10, 2012                RESPECTFULLY SUBMITTED,

                                          By:    /s/ Fredrick Nix
                                          Fredrick Nix
                                          Law Office of Fredrick E. Nix
                                          240 S Potomac Street
                                          Hagerstown, MD 21740
                                          Tel: 888-221-6685
                                          E-mail: frederick.nix@attorneynix.com

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 10, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

Kevin J. Farrell

Farrell Law Office, LLC

1582 So. Parker Rd., Suite 209

Denver, CO 80231

                                              By:    /s/ Fredrick Nix

                                              Fredrick Nix
Law Office of Fredrick E. Nix
240 S Potomac Street
Hagerstown, MD 21740
Tel: 888-221-6685
E-mail: frederick.nix@attorneynix.com