FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 DEC 11  P 3: 57

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

HERBERT LARRIMORE, )
)
Plaintiff, )
)
v. )  No. 1:12-cv-02182-MJG
)
ALPHA RECOVERY CORP., )
)
Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL

HERBERT LARRIMORE (Plaintiff), by his attorneys, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, ALPHA RECOVERY CORP (Defendant), in this case.

DATED:  December 10, 2012          RESPECTFULLY SUBMITTED,

By:   /s/ Fredrick Nix
Fredrick Nix
Law Office of Fredrick E. Nix
240 S Potomac Street
Hagerstown, MD 21740
Tel: 888-221-6685
E-mail: frederick.nix@attorneynix.com

1



## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

Kevin J. Farrell

Farrell Law Office, LLC

1582 So. Parker Rd., Suite 209

Denver, CO 80231

By:     /s/ Fredrick Nix

Fredrick Nix
Law Office of Fredrick E. Nix
240 S Potomac Street
Hagerstown, MD 21740
Tel: 888-221-6685
E-mail: frederick.nix@attorneynix.com

SO ORDERED, on <u>Tuesday, December 11, 2012</u>.

<u>          /s/          </u>
Marvin J. Garbis
United States District Judge